# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| T. MICAH DORTCH | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18cv452 |
| | § | Judge Mazzant |
| WELLS FARGO BANK, N.A. | § | |

## ORDER ON CLOSING DOCUMENTS

The Court has been advised by the Receiver that all claims in the above-styled civil action have been settled.

Therefore, it is **ORDERED** that, on or before *May 29, 2020,* all parties shall file with the Court all papers necessary for the closing of this case and its removal from the active docket of this Court. If such papers are not received by the Court by the scheduled deadline, the Court may order counsel to appear at a hearing for the purpose of determining which party is responsible for the delay. Thereafter, the Court may enter such orders as are just and necessary to ensure prompt resolution of this case.

**IT IS SO ORDERED.**
**SIGNED** this 29th day of April, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE