IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| T. MICAH DORTCH, | : | |
| | : | C.A. NO. 4:18-cv-00452-ALM |
| Special Receiver, | : | |
| | : | **JURY DEMAND** |
| V. | : | |
| | : | |
| WELLS FARGO BANK, N.A. | : | |
| | : | |
| Defendant. | : | |
| | : | |

### SPECIAL RECEIVER'S MOTION FOR DISMISSAL WITH PREJUDICE, APPROVAL OF SETTLEMENT, AND ENTERING A FINAL BAR ORDER AND INJUNCTION

Plaintiff Timothy Micah Dortch, in his capacity as the Court-appointed Special Receiver (the "Special **Receiver**") for Thurman P. Bryant, III ("**Bryant**") and Bryant United Capital Funding, Inc. ("**BUCF**") (Bryant and BUCF, collectively, the "**Bryant Defendants**") and Defendant Arthur F. Wammel ("**Wammel**"), Defendant Wammel Group, LLC (the "**Wammel Group**"), and Wammel Group Holdings Partnership ("**WGHP**") (together Wammel, Wammel Group, and WGHP, the "**Wammel Defendants**") receivership estates (together, the "**Receivership Estate**" or the "**Receivership**"), file this Motion for Dismissal with Prejudice, Approval of Settlement, and Entering a Final Bar Order and Injunction (the "**Motion**").

1. On April 29, 2020, the case was announced settled via telephone call from Special Receiver to Chambers. The parties conferred on the Settlement Agreement thereafter. The Court indicated that it would enter its Order on closing documents, to be filed by May 29, 2020.

2. Special Receiver so moves the Court for this entry upon finding that the Settlement and Settlement Agreement are fair, equitable, reasonable, and in the best interests of the Receivership Estate, and thus recommends that the Settlement and this Order be authorized and

approved. Further, Special Receiver finds that all claims by the Receivership against Wells Fargo Bank, N.A. ("**Wells Fargo**") have been exhausted, and thus, an Order barring the commencement or continuation of any Bryant Defendants/Wammel Defendants Ponzi scheme related claims against Wells Fargo is appropriate under the circumstances.

3. The Motion seeks approval of the Confidential Settlement Agreement between Special Receiver and Wells Fargo, which has been signed and executed by all parties including Receiver Jennifer Ecklund and Special Receiver.

4. This Motion further seeks dismissal with prejudice of the above-captioned case pursuant to Fed. R. Civ. P. 66 (which provides that "[a]n action in which a receiver has been appointed may be dismissed only by court order").

5. This Motion further seeks an Order barring the commencement or continuation of any claims against Wells Fargo related to the Bryant/Wammel Ponzi Scheme.

6. Should the Court require the Settlement Agreement be filed in conjunction with this Motion, the parties move and request leave for the Confidential Settlement Agreement to be filed under SEAL.

7. Defendant is not opposed to this Motion.

For the reasons stated above, Special Receiver's Motion for Dismissal with Prejudice, Approval of Settlement, and Entering a Final Bar Order and Injunction should be granted.

Respectfully submitted,

By: */s/ Maryssa J. Simpson*
 **TIMOTHY MICAH DORTCH**
 State Bar No. 24044981
 mdortch@potts-law.com
 **MARYSSA J. SIMPSON**
 State Bar No. 24088414
 msimpson@potts-law.com
**POTTS LAW FIRM, LLP**
2911 Turtle Creek Blvd, Suite 1000
Dallas, Texas 75219
Tel: (214) 396-9427
Fax: (469) 217-8296

**ATTORNEYS FOR SPECIAL RECEIVER**

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2020, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court for the Eastern District of Texas, using the electronic filing system of the court. The electronic case files system sent a "Notice of Electronic Filing" to the individuals who have consented in writing to accept this Notice as service of this document by electronic means.

 */s/Maryssa J. Simpson*
 **TIMOTHY MICAH DORTCH**
 **MARYSSA J. SIMPSON**